IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ROGER COLLINS, | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:10-cv-23 (CAR) |
| | : | |
| v. | : | |
| | : | |
| STEVE UPTON, STEVE GOEN, | : | |
| JOANN SEARCY, and WENDALL | : | |
| JONES, | | |
| | : | |
| Defendants. | : | |

_____

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S ORDER AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 11] to dismiss certain claims pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff has not filed an objection to the Recommendation. Having considered the matter, the Court agrees with the Magistrate Judge that Plaintiff's claims regarding disciplinary hearings and punishment, and unsanitary food be dismissed from this action. Plaintiff's failure to protect and provide medical care claims against Defendants Steve Goen and Steve Upton, however, remain. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 23rd day of April, 2010.

                                      <u>S/ C. Ashley Royal</u>  
                                      C. ASHLEY ROYAL  
                                      UNITED STATES DISTRICT JUDGE

SSH